IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TECHNOLOGY PROPERTIES LIMITED and PATRIOT SCIENTIFIC CORPORATION, | § § § § | |
| | § | Civil Action No. 2:08-cv-174 (TJW) |
| *Plaintiffs*, | § | |
| vs. | § | Jury Demanded. |
| | § | |
| HTC CORPORATION, and HTC AMERICA, INC., and ASUSTEK COMPUTER, INC. | § § § | |
| | § | |
| *Defendants*. | § § | |

## JOINT MOTION TO DISMISS PURSUANT TO FRCP 41(a)(2)

COME NOW Plaintiffs, Technology Properties Limited and Patriot Scientific Corporation, and Defendants, HTC Corporation and HTC America, Inc., and respectfully move the Court to dismiss this action, without prejudice, pursuant to FRCP 41(a)(2). In order to prevent the operation of FRCP 41(a)(1)(B), the parties seek dismissal by court order. In support, the parties respectfully show the Court as follows:

I.

On February 4, 2009, Judge Fogel of the Northern District of California denied TPL's Motion for Reconsideration regarding the earlier denial of TPL's Motion to Dismiss, or in the alternative, to Transfer Venue in Case No. 5:08-cv-882 (the "California Action"), which involves the same subject matter as the present Action. Therefore, the parties agree and stipulate that the present Action should be dismissed in this Court, without prejudice, pursuant to FRCP 41(a)(2). These parties further move that all costs of court in the present Action be borne by the party who incurred them.

WHEREFORE, PREMISES CONSIDERED, these parties jointly pray that this motion

be granted and that all claims in the present Action be dismissed, without prejudice, pursuant to FRCP 41(a)(2), and that all costs of court in the present Action be borne by the party who incurred them.

Dated: February 20, 2009             Respectfully submitted,

By:    /s/ Elizabeth L. DeRieux
       S. Calvin Capshaw
       State Bar No. 03783900
       E-mail: ccapshaw@capshawlaw.com
       Elizabeth L. DeRieux
       State Bar No. 05770585
       E-mail: ederieux@capshawlaw.com
       N. Claire Abernathy
       State Bar No. 24053063
       E-mail: chenry@capshawlaw.com
       Capshaw DeRieux, LLP
       1127 Judson Road, Suite 220
       Longview, TX 75601
       Telephone: (903) 236-9800
       Facsimile: (903) 236-8787

Of Counsel:

Ronald F. Lopez
California Bar No. 11756
Email: rflopez@nixonpeabody.com
Nixon Peabody LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

    Robert E. Krebs
    California Bar No. 57526
    Email: rkrebs@nixonpeabody.com
    Christopher L. Ogden
    California Bar No. 235517
    Email: cogden@nixonpeabody.com
    Nixon Peabody LLP
    200 Page Mill Road, Suite 200
    Palo Alto, CA 94306-2022
    Telephone: (650) 320-7700
    Facsimile: (650) 320-7701

**ATTORNEYS FOR PLAINTIFF**
**TECHNOLOGY PROPERTIES LIMITED**

By:   <u>Robert Christopher Bunt, by permission ELD</u>
    Robert M. Parker
    State Bar No. 15498000
    E-mail: rmparker@pbatyler.com
    Robert Christopher Bunt
    State Bar No. 00787165
    E-mail: rcbunt@pbatyler.com
    Charles Ainsworth
    State Bar No. 00783521
    E-mail: charley@pbatyler.com
    Parker, Bunt & Ainsworth, P.C.
    100 East Ferguson, Ste. 1114
    Tyler, Texas 75702
    Telephone: (903) 531-3535
    Facsimile: (903) 533-9687

    Charles T. Hoge
    California Bar No. 110696
    E-mail: choge@knlh.com
    Kirby Noonan Lance & Hoge, LLP
    350 Tenth Avenue, Suite 1300
    San Diego, California 92101
    Telephone: (619) 231-8666
    Facsimile: (619) 231-9593

**ATTORNEYS FOR PLAINTIFF**
**PATRIOT SCIENTIFIC CORPORATION**

By: <u>Deron R. Dacus, by permission ELD</u>
Deron R. Dacus
State Bar No. 00780553
E-mail: ddacus@rameyflock.com
Ramey & Flock
100 East Ferguson, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-3301
Facsimile: (903) 597-2413

Kyle D. Chen
CA State Bar No. 239501
E-mail: kchen@whitecase.com
Mark F. Lambert
CA State Bar No. 197410
E-mail: mlambert@whitecase.com
White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

**ATTORNEYS FOR DEFENDANTS
HTC AMERICA, INC. and HTC CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 20th day of February, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

<u>Elizabeth L. DeRieux</u>
Elizabeth L. DeRieux

4